IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**DEVANDAL THOMAS,**

    **Plaintiff,**

v.                                                       Case No.: 3:11cv465/MCR/EMT

**KENNETH TUCKER, et al.,**

    **Defendants.**
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 29, 2011 (doc. 14).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.  The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.  Plaintiff's motion for voluntary dismissal (doc. 13) is **GRANTED** and this case is **DISMISSED without prejudice**.

**DONE AND ORDERED** this 30th day of January, 2012.

                                                         *s/ M. Casey Rodgers*
                                                         **M. CASEY RODGERS**
                                                         **CHIEF UNITED STATES DISTRICT JUDGE**